## IN THE MATTER OF WABOUSE, A CHIPPEWA INDIAN

JOURNAL ENTRIES (1815): *Journal 2:* (1) Prisoner discharged *p. 477.
PAPERS IN FILE: (1) Commitment.

## IN THE MATTER OF ISAAC, A NEGRO

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1815): *Journal 2:* (1) Recognizance discharged *p. 477.
PAPERS IN FILE: [None]